*966 (Reported below: 61 Fed. Appx. 920);
(61 Fed. Appx. 921);
(61 Fed. Appx. 920);
(61 Fed. Appx. 920);
(61 Fed. Appx. 920);
(61 Fed. Appx. 922);
(61 Fed. Appx. 921);
(61 Fed. Appx. 921);
(61 Fed. Appx. 921);
(61 Fed. Appx. 920);
(61 Fed. Appx. 921);
(61 Fed. Appx. 921);
*967 (64 Fed. Appx. 416);
(67 Fed. Appx. 246); and
(67 Fed. Appx. 245). C. A. 5th Cir. Certiorari denied.